UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                          Bankr. Case No. 23-15701

Joshua E. Kelly                                                Chapter 13

     Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust
                c/o BK Servicing, LLC
                PO Box 131265
                Roseville, MN  55113-0011


                BK Servicing, LLC


                By  /s/ Ed Gezel_____


                Ed Gezel, Agent
                BK Servicing, LLC
                PO Box 131265
                Roseville, MN  55113-0011
                651-366-6390
                notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on July 14, 2023 :

Melinda D. Middlebrooks
Middlebrooks Shapiro, P.C.
P.O. Box 1630
Belmar, NJ 07719-1630

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

By  /s/ Ed Gezel, Agent
    Ed Gezel

520141