Certificate Number: 14912-NJ-DE-037592666

Bankruptcy Case Number: 23-15701



14912-NJ-DE-037592666

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 14, 2023, at 5:24 o'clock PM EDT, Joshua Kelly completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  July 14, 2023              By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor