Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−15701−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Joshua E. Kelly
  144 Belmont Avenue
  North Plainfield, NJ 07060

Social Security No.:
  xxx−xx−2171

Employer's Tax I.D. No.:

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/16/23 at 09:00 AM

to consider and act upon the following:

*16* − Notice of Request for Loss Mitigation re:Home Point Financial Corp., filed by Angela Nascondiglio Stein on behalf of Joshua E. Kelly. Objection deadline is 08/4/2023. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Stein, Angela)

Dated: 8/7/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court