Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23–15701–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Joshua E. Kelly
  144 Belmont Avenue
  North Plainfield, NJ 07060

Social Security No.:
  xxx–xx–2171

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 8/16/23 at 09:00 AM

to consider and act upon the following:

*16* – Notice of Request for Loss Mitigation re:Home Point Financial Corp., filed by Angela Nascondiglio Stein on behalf of Joshua E. Kelly. Objection deadline is 08/4/2023. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Stein, Angela)

Dated: 8/7/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 23-15701-CMG

Joshua E. Kelly                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                 User: admin                           Page 1 of 2

Date Rcvd: Aug 07, 2023            Form ID: ntchrgbk                  Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua E. Kelly, 144 Belmont Avenue, North Plainfield, NJ 07060-4458 |
| lm | + | Home Point Financial Corp., P.O. Box 100078, Duluth, GA 30096-9377 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Aug 07 2023 20:38:00 | Robertson, Anschutz, Schneid, Crane & Partners, PL, 130 Clinton Road, Suite 202, Fairfield,, NJ 07004-2927 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2023            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Home Point Financial Corporation ajennings@raslg.com |
| Angela Nascondiglio Stein | on behalf of Debtor Joshua E. Kelly nascondiglio@middlebrooksshapiro.com |

District/off: 0312-3                          User: admin                                      Page 2 of 2
Date Rcvd: Aug 07, 2023                       Form ID: ntchrgbk                                Total Noticed: 3

Denise E. Carlon
                    on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jessica M. Minneci
                    on behalf of Debtor Joshua E. Kelly jminneci@middlebrooksshapiro.com

Melinda D. Middlebrooks
                    on behalf of Debtor Joshua E. Kelly middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7