UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:　　　　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO.: 23-15701-CMG
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

**Joshua E. Kelly,**
　**Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NATIONSTAR MORTGAGE LLC("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

　　　　　　　　　　　　　　　　　　　Robertson, Anschutz, Schneid, Crane & Partners, PLLC
　　　　　　　　　　　　　　　　　　　Authorized Agent for Secured Creditor
　　　　　　　　　　　　　　　　　　　130 Clinton Rd #202
　　　　　　　　　　　　　　　　　　　Fairfield, NJ 07004
　　　　　　　　　　　　　　　　　　　Telephone: 470-321-7112

　　　　　　　　　　　　　　　　　　　By: /s/Aleisha C. Jennings
　　　　　　　　　　　　　　　　　　　　　Aleisha C. Jennings
　　　　　　　　　　　　　　　　　　　　　Email: ajennings@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 14, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JOSHUA E. KELLY
144 BELMONT AVE
NORTH PLAINFIELD, NJ 07060

And via electronic mail to:

MIDDLEBROOKS SHAPIRO, P.C.
P.O. BOX 1630V
BELMAR, NJ 07719

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Emily Cheng