Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  23−15701−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joshua E. Kelly
   144 Belmont Avenue
   North Plainfield, NJ 07060

Social Security No.:
   xxx−xx−2171

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 13, 2023.

Dated: September 13, 2023
JAN: rms

                          Jeanne Naughton
                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Joshua E. Kelly  
    Debtor

Case No. 23-15701-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Sep 13, 2023     Form ID: plncf13     Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua E. Kelly, 144 Belmont Avenue, North Plainfield, NJ 07060-4458 |
| lm | + | Home Point Financial Corp., P.O. Box 100078, Duluth, GA 30096-9377 |
| 520001449 | + | HOME POINT FINANCIAL CORPORATION, ServiceMac, LLC, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 519961904 | + | Hompoint/ser, Po Box 100078, Duluth, GA 30096-9377 |
| 519972500 | | Mercedes Benz Vechicle Trust, c/o BK Servicing LLC, POB 131265, Roseville, MN 55113-0011 |
| 519961911 | | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 520021325 | + | nathaly calles, Law Office of Andre Kydala, 54 Old Highway 22, Clinton, NJ 08809-1389 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Sep 13 2023 20:36:15 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Email/Text: RASEBN@raslg.com | Sep 13 2023 20:40:00 | Robertson, Anschutz, Schneid, Crane & Partners, PL, 130 Clinton Road, Suite 202, Fairfield,, NJ 07004-2927 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 13 2023 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 13 2023 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 13 2023 20:40:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 13 2023 20:40:00 | Home Point Financial Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519961897 | + | Email/Text: bsimmons@amsher.com | Sep 13 2023 20:41:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 519994913 | | Email/PDF: bncnotices@becket-lee.com | Sep 13 2023 20:49:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519961896 | + | Email/PDF: bncnotices@becket-lee.com | Sep 13 2023 20:47:54 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519997482 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 13 2023 20:40:00 | BANK OF AMERICA, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519961898 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 13 2023 20:40:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519961899 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2023 20:49:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519970388 | + | Email/PDF: ebn_ais@aisinfo.com | | |

Case 23-15701-CMG    Doc 42    Filed 09/15/23    Entered 09/16/23 00:16:09    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Sep 13, 2023 | Form ID: plncf13 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 13 2023 20:47:49 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519961900 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2023 20:48:41 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 519961901 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2023 20:48:34 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519961902 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 13 2023 20:47:24 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519961903 | + | Email/Text: bankruptcy@firstelectronic.com | Sep 13 2023 20:41:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519966527 | + | Email/Text: RASEBN@raslg.com | Sep 13 2023 20:40:00 | Home Point Financial Corporation, Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519961905 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2023 20:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520020847 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 13 2023 20:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519961906 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 13 2023 20:41:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 519967125 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2023 20:47:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519993340 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 13 2023 20:47:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520014030 | | Email/Text: BNCnotices@dcmservices.com | Sep 13 2023 20:40:00 | MIDDLESEX EMERGENCY PHYSICIANS PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519961907 | + | Email/Text: M74banko@mercedes-benz.com | Sep 13 2023 20:40:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 519961908 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 13 2023 20:48:18 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 520011753 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2023 20:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519961909 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2023 20:41:00 | Midland Credit Management, Inc., PO Box 301030, Los Angeles, CA 90030-1030 |
| 519961910 | | Email/Text: bankruptcydepartment@tsico.com | Sep 13 2023 20:41:00 | Nationwide Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 520017686 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2023 20:49:20 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 520017759 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2023 20:49:21 | Portfolio Recovery Associates, LLC, c/o CITIBANK, N.A., POB 41067, Norfolk, VA 23541 |
| 520017818 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2023 20:49:45 | Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 520021253 | | Email/Text: bnc-quantum@quantum3group.com | Sep 13 2023 20:41:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519961912 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2023 20:49:42 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519973251 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 13 2023 20:47:40 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| 519961913 | + Email/Text: BAN5620@UCBINC.COM | Sep 13 2023 20:40:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 519961914 | + Email/Text: LCI@upstart.com | Sep 13 2023 20:40:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519967882 | ^ MEBN | Sep 13 2023 20:36:13 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519961915 | Email/Text: bankruptcytn@wakeassoc.com | Sep 13 2023 20:40:00 | Wakefield, PO Box 50250, Knoxville, TN 37950-0250 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519962961 | | Nathaly E Calles |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Home Point Financial Corporation ajennings@raslg.com |
| Andre L. Kydala | on behalf of Creditor Nathaly Calles kydalalaw@aim.com  kydalalaw@aim.com |
| Angela Nascondiglio Stein | on behalf of Debtor Joshua E. Kelly nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Joshua E. Kelly jminneci@middlebrooksshapiro.com |
| Melinda D. Middlebrooks | on behalf of Debtor Joshua E. Kelly middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8