| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| --- |
| **LAW FIRM OF ANDRE L. KYDALA**<br>**54 Old Highway 22**<br>**P.O. Box 5537**<br>**Clinton, New Jersey  08809**<br>**Phone: (908) 735-2616**<br>**Fax: (908) 735-2017**<br>**Counsel to Nathaly Calles** |

Order Filed on October 19, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
| --- | --- |
| In Re:<br><br>**Joshua E. Kelly**<br>                       **Debtors.** | Case No.: 23-15701<br><br>Hearing Date: 10/18/23 9:00 a.m.<br><br>Judge:  Gravelle |

## ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**.

**DATED: October 19, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: Kelly

Case No.: 23-15701

Caption of Order: Order Resolving Motion for Relief from the Automatic Stay

_____

This matter being brought before the Court by Andre Kydala, Esq. on behalf of

Nathaly Calles by Motion for Relief from the Automatic Stay (the "Motion"), and Middlebrooks

Shapiro, P.C., counsel for Chapter 13 Debtor, having filed an Objection to the Motion, for good

cause shown,it is ORDERED that the Motion is resolved as follows:

ORDERED that the automatic stay is vacated for the limited purpose of permitting Chapter

13 Debtor and Ms. Calles to resume the divorce proceeding before the Superior Court of New

Jersey, Family Division.