| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**LAW FIRM OF ANDRE L. KYDALA**<br>**54 Old Highway 22**<br>**P.O. Box 5537**<br>**Clinton, New Jersey  08809**<br>**Phone: (908) 735-2616**<br>**Fax: (908) 735-2017**<br>**Counsel to Nathaly Calles** | **Order Filed on October 19, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>**Joshua E. Kelly**<br><br>                                  **Debtors.** | Case No.: 23-15701<br><br>Hearing Date: 10/18/23 9:00 a.m.<br><br>Judge:  Gravelle |

# ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**.

**DATED: October 19, 2023**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: Kelly

Case No.: 23-15701

Caption of Order: Order Resolving Motion for Relief from the Automatic Stay

_____

This matter being brought before the Court by Andre Kydala, Esq. on behalf of Nathaly Calles by Motion for Relief from the Automatic Stay (the "Motion"), and Middlebrooks Shapiro, P.C., counsel for Chapter 13 Debtor, having filed an Objection to the Motion, for good cause shown, it is ORDERED that the Motion is resolved as follows:

ORDERED that the automatic stay is vacated for the limited purpose of permitting Chapter 13 Debtor and Ms. Calles to resume the divorce proceeding before the Superior Court of New Jersey, Family Division.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                          Case No. 23-15701-CMG

Joshua E. Kelly                                                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                         User: admin                                                Page 1 of 2

Date Rcvd: Oct 19, 2023                             Form ID: pdf903                                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

**Recip ID         Recipient Name and Address**
db              + Joshua E. Kelly, 144 Belmont Avenue, North Plainfield, NJ 07060-4458

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2023                                Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

**Name**                                  **Email Address**

Albert Russo
    docs@russotrustee.com

Aleisha Candace Jennings
    on behalf of Creditor Home Point Financial Corporation ajennings@raslg.com

Aleisha Candace Jennings
    on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com

Andre L. Kydala
    on behalf of Creditor Nathaly Calles kydalalaw@aim.com  kydalalaw@aim.com

Angela Nascondiglio Stein
    on behalf of Debtor Joshua E. Kelly nascondiglio@middlebrooksshapiro.com

Denise E. Carlon
    on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jessica M. Minneci
    on behalf of Debtor Joshua E. Kelly jminneci@middlebrooksshapiro.com

Melinda D. Middlebrooks
    on behalf of Debtor Joshua E. Kelly middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9