Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−15701−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joshua E. Kelly
   144 Belmont Avenue
   North Plainfield, NJ 07060

Social Security No.:
   xxx−xx−2171

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on November 9, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 52 − 49
Order Granting Application to Employ The Law Office of Rajeh A. Saadeh, L.L.C. as Special Counsel (Related Doc # 49). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/9/2023. (mjb)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 9, 2023
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-15701-CMG |
| Joshua E. Kelly | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 09, 2023 | Form ID: orderntc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| sp | Sierra K Chandler, The Law Office of Rajeh A. Saadeh, L.L.C, 1200 Route 22 East, Suite 2000, Bridgewater, NJ 08807-2943 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Home Point Financial Corporation ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com |
| Andre L. Kydala | on behalf of Creditor Nathaly Calles kydalalaw@aim.com kydalalaw@aim.com |
| Angela Nascondiglio Stein | on behalf of Debtor Joshua E. Kelly nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Joshua E. Kelly jminneci@middlebrooksshapiro.com |
| Melinda D. Middlebrooks | on behalf of Debtor Joshua E. Kelly middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 09, 2023 | Form ID: orderntc | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9