UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRIAN E. CAINE, ESQ.

PARKER McCAY P.A.

9000 Midlantic Drive, Suite 300

P.O. Box 5054

Mount Laurel, NJ  08054

(856) 985-4059

Attorneys for Bank of America, N.A.

| | |
|---|---|
| In Re:<br><br>Joshua E. Kelly<br><br><div align="center">Debtor</div> | Case No.:     23-15701-CMG<br><br>Chapter:            13<br><br>Judge:     Christine M. Gravelle |

<div align="center">

**NOTICE OF APPEARANCE**

</div>

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ____Bank of America, N.A.____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  BRIAN E. CAINE, ESQ.
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, NJ  08054

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: November 15, 2023

/s/ Brian E. Caine
Signature

*new.8/1/15*