UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
(973) 218-6877
Angela Nascondiglio Stein, Esq.
anstein@middlebrooksshapiro.com

In Re:
JOSHUA E. KELLY,

Chapter 13 Debtor.

Order Filed on November 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-15701-CMG

Chapter: 13

Judge: Gravelle

# ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 8/30/2023 :

Property:  144 Belmont Avenue, North Plainfield, NJ

Creditor:  Home Point Financial Corp./Mr. Cooper

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by Debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including 2/14/2024 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 23-15701-CMG

Joshua E. Kelly     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joshua E. Kelly, 144 Belmont Avenue, North Plainfield, NJ 07060-4458 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Home Point Financial Corporation ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com |
| Andre L. Kydala | on behalf of Creditor Nathaly Calles kydalalaw@aim.com kydalalaw@aim.com |
| Angela Nascondiglio Stein | on behalf of Debtor Joshua E. Kelly nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3      User: admin      Page 2 of 2

Date Rcvd: Nov 14, 2023      Form ID: pdf903      Total Noticed: 1

Jessica M. Minneci
    on behalf of Debtor Joshua E. Kelly jminneci@middlebrooksshapiro.com

Melinda D. Middlebrooks
    on behalf of Debtor Joshua E. Kelly middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9