| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br><u>Mailing Address</u>:<br>PO Box 1630<br>Belmar, New Jersey 07719-1630<br>(973) 218-6877<br>(973) 218-6878 (fax)<br>Jessica M. Minneci, Esq.<br>*jminneci@middlebrooksshapiro.com*<br>Attorneys for Chapter 13 Debtor,<br>Joshua E. Kelly |
| In Re:<br><br>**JOSHUA E. KELLY,**<br><br>Chapter 13 Debtor. |

Order Filed on December 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 23-15701-CMG

Judge Christine M. Gravelle

Hearing Date: 12/20/2023 at 9:00 am

Chapter 13

**ORDER MODIFYING, REDUCING AND/OR EXPUNGING PROOF OF CLAIM NO. 18 FILED ON BEHALF OF NATHALY CALLES; AND FOR RELATED RELIEF**

The relief set forth on the following page, numbered two (2) through two (2), is hereby **ORDERED**:

**DATED: December 20, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re: JOSHUA E. KELLY
Case No.: 23-15701-CMG
Caption of Order: ORDER MODIFYING, REDUCING AND/OR EXPUNGING PROOF OF CLAIM NO. 18 FILED ON BEHALF OF NATHALY CALLES; AND FOR RELATED RELIEF
Page: 2

---

**THIS MATTER** having come before the Court by Chapter 13 Debtor, JOSHUA E. KELLY (the "Debtor"), by and through his counsel Middlebrooks Shapiro, P.C., by way of Motion for Order Modifying, Reducing, and/or Expunging Proof of Claim No. 18 filed on behalf of Nathaly Calles; and For Related Relief (the "Motion"); and the Court having considered the pleadings filed in support and, if any, in opposition to the Motion; and Court having heard oral argument of counsel on the Motion, if necessary; and for good cause shown,

**IT IS HEREBY ORDERED**

(1)  The Debtor's Motion is granted as set forth herein.

(2)  Proof of Claim No. 18 of Nathaly Calles shall be and is hereby expunged in its entirety.