UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
<u>Mailing Address</u>:
PO Box 1630
Belmar, New Jersey 07719-1630
(973) 218-6877
(973) 218-6878 (fax)
Jessica M. Minneci, Esq.
*jminneci@middlebrooksshapiro.com*
Attorneys for Chapter 13 Debtor,
Joshua E. Kelly

Order Filed on December 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**JOSHUA E. KELLY,**

Chapter 13 Debtor.

Case No. 23-15701-CMG

Judge Christine M. Gravelle

Hearing Date: 12/20/2023 at 9:00 am

Chapter 13

**ORDER MODIFYING, REDUCING AND/OR EXPUNGING PROOF OF CLAIM NO. 18 FILED ON BEHALF OF NATHALY CALLES; AND FOR RELATED RELIEF**

The relief set forth on the following page, numbered two (2) through two (2), is hereby **ORDERED**:

**DATED: December 20, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re: JOSHUA E. KELLY
Case No.: 23-15701-CMG
Caption of Order: ORDER MODIFYING, REDUCING AND/OR EXPUNGING PROOF OF CLAIM NO. 18 FILED ON BEHALF OF NATHALY CALLES; AND FOR RELATED RELIEF
Page: 2

___

**THIS MATTER** having come before the Court by Chapter 13 Debtor, JOSHUA E. KELLY (the "Debtor"), by and through his counsel Middlebrooks Shapiro, P.C., by way of Motion for Order Modifying, Reducing, and/or Expunging Proof of Claim No. 18 filed on behalf of Nathaly Calles; and For Related Relief (the "Motion"); and the Court having considered the pleadings filed in support and, if any, in opposition to the Motion; and Court having heard oral argument of counsel on the Motion, if necessary; and for good cause shown,

**IT IS HEREBY ORDERED**

(1)   The Debtor's Motion is granted as set forth herein.

(2)   Proof of Claim No. 18 of Nathaly Calles shall be and is hereby expunged in its entirety.

United States Bankruptcy Court
District of New Jersey

In re: | Case No. 23-15701-CMG
Joshua E. Kelly | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: Dec 20, 2023 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

**Recip ID        Recipient Name and Address**
db          + Joshua E. Kelly, 144 Belmont Avenue, North Plainfield, NJ 07060-4458

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

**Name**                        **Email Address**

Albert Russo
                    docs@russotrustee.com

Aleisha Candace Jennings
                    on behalf of Creditor Home Point Financial Corporation ajennings@raslg.com

Aleisha Candace Jennings
                    on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com

Andre L. Kydala
                    on behalf of Creditor Nathaly Calles kydalalaw@aim.com  kydalalaw@aim.com

Angela Nascondiglio Stein
                    on behalf of Debtor Joshua E. Kelly nascondiglio@middlebrooksshapiro.com

Brian E Caine
                    on behalf of Creditor BANK OF AMERICA  N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 20, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Denise E. Carlon
    on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jessica M. Minneci
    on behalf of Debtor Joshua E. Kelly jminneci@middlebrooksshapiro.com

Melinda D. Middlebrooks
    on behalf of Debtor Joshua E. Kelly middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10