Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−15701−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joshua E. Kelly
   144 Belmont Avenue
   North Plainfield, NJ 07060

Social Security No.:
   xxx−xx−2171

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       4/3/24
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Melinda D. Middlebrooks, Debtor's Attorney

COMMISSION OR FEES
fee: $5,586.00

EXPENSES
expenses: $195.37

If this is a chapter 13 case, the fees and expenses awarded:

   ☐    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☑    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 28, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-15701-CMG |
| Joshua E. Kelly | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 28, 2024 | Form ID: 137 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua E. Kelly, 144 Belmont Avenue, North Plainfield, NJ 07060-4458 |
| lm | + | Home Point Financial Corp., P.O. Box 100078, Duluth, GA 30096-9377 |
| sp | | Sierra K Chandler, The Law Office of Rajeh A. Saadeh, L.L.C, 1200 Route 22 East, Suite 2000, Bridgewater, NJ 08807-2943 |
| 519961904 | + | Hompoint/ser, Po Box 100078, Duluth, GA 30096-9377 |
| 520021325 | + | nathaly calles, Law Office of Andre Kydala, 54 Old Highway 22, Clinton, NJ 08809-1389 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Feb 28 2024 20:56:36 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Email/Text: RASEBN@raslg.com | Feb 28 2024 21:00:00 | Robertson, Anschutz, Schneid, Crane & Partners, PL, 130 Clinton Road, Suite 202, Fairfield,, NJ 07004-2927 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 28 2024 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 28 2024 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 28 2024 20:59:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 28 2024 21:00:00 | Home Point Financial Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519961897 | + | Email/Text: bsimmons@amsher.com | Feb 28 2024 21:01:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 519994913 | | Email/PDF: bncnotices@becket-lee.com | Feb 29 2024 11:08:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519961896 | + | Email/PDF: bncnotices@becket-lee.com | Feb 29 2024 11:09:03 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519997482 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 28 2024 20:59:00 | BANK OF AMERICA, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519961898 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 28 2024 20:59:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519961899 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 21:15:38 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519970388 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 28 2024 21:03:42 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 23-15701-CMG    Doc 78    Filed 03/01/24    Entered 03/02/24 00:15:27    Desc Imaged
                     Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: 137 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 519961900 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 21:15:38 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 519961901 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 21:03:23 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519961902 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 28 2024 21:03:43 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519961903 | + | Email/Text: bankruptcy@firstelectronic.com | Feb 28 2024 21:01:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 520001449 | ^ | MEBN | Feb 28 2024 20:53:15 | HOME POINT FINANCIAL CORPORATION, ServiceMac, LLC, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 519966527 | + | Email/Text: RASEBN@raslg.com | Feb 28 2024 21:00:00 | Home Point Financial Corporation, Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519961905 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 28 2024 21:00:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520020847 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 28 2024 21:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519961906 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 28 2024 21:01:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 519967125 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 21:03:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519993340 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2024 21:03:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520014030 | | Email/Text: BNCnotices@dcmservices.com | Feb 28 2024 21:00:00 | MIDDLESEX EMERGENCY PHYSICIANS PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519961907 | + | Email/Text: M74banko@mercedes-benz.com | Feb 28 2024 21:00:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 519972500 | | Email/Text: notices@bkservicing.com | Feb 28 2024 21:01:00 | Mercedes Benz Vechicle Trust, c/o BK Servicing LLC, POB 131265, Roseville, MN 55113-0011 |
| 519961908 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2024 21:03:21 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 520011753 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 28 2024 21:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519961909 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 28 2024 21:01:00 | Midland Credit Management, Inc., PO Box 301030, Los Angeles, CA 90030-1030 |
| 520086140 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2024 21:00:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741 |
| 520086141 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2024 21:00:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept. |
| 520023721 | + | Email/Text: RASEBN@raslg.com | Feb 28 2024 21:00:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519961910 | | Email/Text: bankruptcydepartment@tsico.com | Feb 28 2024 21:01:00 | Nationwide Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 520017686 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 21:26:16 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 520017759 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 21:03:45 | Portfolio Recovery Associates, LLC, c/o |

Case 23-15701-CMG    Doc 78    Filed 03/01/24    Entered 03/02/24 00:15:27    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: 137 | Total Noticed: 50 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | CITIBANK, N.A., POB 41067, Norfolk, VA 23541 |
| 520017818 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 21:03:40 | Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 520021253 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2024 21:01:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519961911 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 28 2024 21:00:00 | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519961912 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 21:15:37 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519973251 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 28 2024 21:03:45 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519961913 | + | Email/Text: BAN5620@UCBINC.COM | Feb 28 2024 21:00:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 519961914 | + | Email/Text: LCI@upstart.com | Feb 28 2024 21:00:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519967882 | ^ | MEBN | Feb 28 2024 20:56:30 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519961915 | | Email/Text: bankruptcytn@wakeassoc.com | Feb 28 2024 21:00:00 | Wakefield, PO Box 50250, Knoxville, TN 37950-0250 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519962961 | | Nathaly E Calles |
| cr | *+ | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Feb 28, 2024 Form ID: 137 Total Noticed: 50

| | |
|---|---|
| | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Home Point Financial Corporation ajennings@raslg.com |
| Andre L. Kydala | on behalf of Creditor Nathaly Calles kydalalaw@aim.com  kydalalaw@aim.com |
| Angela Nascondiglio Stein | on behalf of Debtor Joshua E. Kelly nascondiglio@middlebrooksshapiro.com |
| Brian E Caine | on behalf of Creditor BANK OF AMERICA  N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Joshua E. Kelly jminneci@middlebrooksshapiro.com  minneci.jessicab@notify.bestcase.com |
| Melinda D. Middlebrooks | on behalf of Debtor Joshua E. Kelly middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10