| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>MIDDLEBROOKS SHAPIRO, P.C.<br>P.O. Box 1630, Belmar, NJ 07719-1630<br>(973) 218-6877<br>Melinda D. Middlebrooks, Esq.<br>middlebrooks@middlebrooksshapiro.com<br>Attorneys for the Chapter 13 Debtor,<br>Joshua E. Kelly<br><br>In Re:<br>JOSHUA E. KELLY,<br>Chapter 13 Debtor. | Order Filed on April 3, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 23-15701-CMG<br>Chapter: 13<br>Judge: Christine M. G. |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 3, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro, P.C._____, the applicant, is allowed a fee of $ \_\_\_\_\_5,586.00\_\_\_\_\_ for services rendered and expenses in the amount of $\_\_\_\_\_195.37\_\_\_\_\_ for a total of $\_\_\_\_\_5,781.37\_\_\_\_\_ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ see Modified Plan per month for see Modified P months to allow for payment of the above fee.

A modification of the Debtor's Chapter 13 Plan is necessary.  Debtor retained firm and paid an initial retainer of $2,000.00, with the balance of the retainer in the amount of $1,500.00 to be paid through the Chapter 13 Plan. Firm seeks payment of supplemental fees and expenses in the total sum of $5,781.37 consisting of $5,586.00 in supplemental fees and reimbursement of expenses in the sum of $195.37 to be paid inside the Chapter 13 Modified Plan.  This Order survives the dismissal or conversion of the Debtor's Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtor's Chapter 13 case.

*rev.8/1/15*