Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

---

                      Case No.: 23−15701−CMG  
                      Chapter: 13  
                      Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
    Joshua E. Kelly  
    144 Belmont Avenue  
    North Plainfield, NJ 07060

Social Security No.:  
    xxx−xx−2171

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/21/25 at 09:00 AM

to consider and act upon the following:

**94** − Motion for Relief from Stay re: 144 Belmont Ave, North Plainfield, NJ 07060. Fee Amount $ 199. Filed by Sherri R. Dicks on behalf of Nationstar Mortgage LLC. Hearing scheduled for 12/4/2024 at 09:00 AM at CMG − Courtroom 3, Trenton. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service # 5 Exhibits) (Dicks, Sherri)

Dated: 4/17/25

                                              Jeanne Naughton  
                                              Clerk, U.S. Bankruptcy Court