Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−15701−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joshua E. Kelly
   144 Belmont Avenue
   North Plainfield, NJ 07060

Social Security No.:
   xxx−xx−2171

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/21/25 at 09:00 AM

to consider and act upon the following:

**94** − Motion for Relief from Stay re: 144 Belmont Ave, North Plainfield, NJ 07060. Fee Amount $ 199. Filed by Sherri R. Dicks on behalf of Nationstar Mortgage LLC. Hearing scheduled for 12/4/2024 at 09:00 AM at CMG − Courtroom 3, Trenton. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service # 5 Exhibits) (Dicks, Sherri)

Dated: 4/17/25

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-15701-CMG
Joshua E. Kelly  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Apr 17, 2025  Form ID: ntchrgbk  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

**Recip ID     Recipient Name and Address**
db     +   Joshua E. Kelly, 144 Belmont Avenue, North Plainfield, NJ 07060-4458

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:**

**Name     Email Address**

Albert Russo
    docs@russotrustee.com

Andre L. Kydala
    on behalf of Creditor Nathaly Calles kydalalaw@aim.com  kydalalaw@aim.com

Angela Nascondiglio Stein
    on behalf of Debtor Joshua E. Kelly astein@meyner.com

Brian E Caine
    on behalf of Creditor BANK OF AMERICA  N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise E. Carlon
    on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
    on behalf of Creditor BANK OF AMERICA  N.A. dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 17, 2025 | Form ID: ntchrgbk | Total Noticed: 1 |

Jessica M. Minneci
    on behalf of Debtor Joshua E. Kelly jminneci@middlebrooksshapiro.com  minneci.jessicab@notify.bestcase.com

Melinda D. Middlebrooks
    on behalf of Debtor Joshua E. Kelly middlebrooks@middlebrooksshapiro.com
    melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com

Sherri R. Dicks
    on behalf of Creditor Nationstar Mortgage LLC sdicks@raslg.com  shrdlaw@hotmail.com

Sherri R. Dicks
    on behalf of Creditor Home Point Financial Corporation sdicks@raslg.com  shrdlaw@hotmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11