**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRENKEL LAMBERT WEISMAN & GORDON, LLP<br>53 Gibson Street<br>Bay Shore, NY 11706<br>973- 325-8800<br>File No.: 03-022274-B00<br>Douglas McDonough, Esq.<br>Attorney ID: DM0973<br>DMcDonough@flwlaw.com<br>Attorney for Bank of America, N.A., Secured Creditor | Case No.: **23-15701-CMG**<br><br>Chapter 13<br><br>Judge Christine M. Gravelle |
| In Re:<br><br>**Joshua E. Kelly**<br><br>Debtor(s). | |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

Withdrawn

Matter:

<u>04/28/2025</u> <u>Notice of Mortgage Payment Change. Re: Claim #: 9 with Certificate of Service.</u>

DATE: June 06, 2025                                                   /s/ *Douglas McDonough*
                                                                                    Douglas McDonough, Esq.