UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____          _____
                                                                  Debtor's Signature

Date: _____          _____
                                                                  Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

---------- Forwarded message ---------
From: **TFS Admin** <no-reply@tfsbillpay.com>
Date: Fri, Jul 25, 2025 at 6:47 AM
Subject: [TFS] Reactivation Payment Successfully Scheduled
To: <​gmail.com>



Joshua,

Your TFS reactivation payment to Albert Russo for $1,580.00 plus the TFS fee for a total of $1,592.99 has been successfully scheduled. Please note, the fee amount may include the one-time reactivation fee.

For reference purposes, the transaction ID for this payment is 5110 and will start processing on July 28, 2025 from your account ending in 3327.

Depending on your financial institution, payments may take one to two business days to be reflected on your account statement.

You can sign in to your TFS account to check your payment status or update your future payment schedule. You can also find answers to common questions at our support site. Thank you for using TFS!

---------------------------------
You are receiving this message because you signed up for TFS Bill Pay online payments at http://tfsbillpay.com. This message is intended for use by addressee only and may contain privileged and confidential information. If you are not the intended recipient, dissemination of this communication is prohibited. If you have received this communication in error, please delete all copies of the message and attachments and notify support@tfsbillpay.com immediately.