UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Andre L. Kydala esq
PO Box 5537
Clinton NJ 08809
Counsel to Nathaly Calles

**Order Filed on March 3, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Joshua Kelly

| | |
|---|---|
| Case No.: | 23-15701 |
| Hearing Date: | 3/3/2026 |
| Chapter: | 13 |
| Judge: | CMG |

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3), is
**ORDERED**.

**DATED: March 3, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____144 Belmont Ave North Plainfield NJ_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☐   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

Name of professional:  N/A Realtor retained by none debtor spouse

Amount to be paid:

Services rendered:

**OR:** ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $ __27,900.00__ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

A. SECURED CREDITOR IS TO BE PAID IN FULL PURSUANT TO A PAYOFF QUOTE VALID THROUGH THE DATE OF CLOSING UNLESS SECURED CREDITOR AGREES TO A SHORT PAYOFF, IN WRITING, FOR THE SUBJECT PROPERTY, AND

B. THIS ORDER IS VOID 91 DAYS AFTER ITS ENTRY, IF THE SALE APPROVED BY THE ORDER HAS NOT BEEN CONSUMMATED.

*rev.1/12/22*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 23-15701-CMG

Joshua E. Kelly                                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                  Page 1 of 2

Date Rcvd: Mar 03, 2026                    Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

**Recip ID                        Recipient Name and Address**
db                    #+   Joshua E. Kelly, 144 Belmont Avenue, North Plainfield, NJ 07060-4458

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andre L. Kydala | on behalf of Creditor Nathaly Calles kydalalaw@aim.com  kydalalaw@aim.com |
| Angela Nascondiglio Stein | on behalf of Debtor Joshua E. Kelly astein@meyner.com |
| Brian E Caine | on behalf of Creditor BANK OF AMERICA  N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |

District/off: 0312-3

User: admin

Page 2 of 2

Date Rcvd: Mar 03, 2026

Form ID: pdf903

Total Noticed: 1

Denise E. Carlon

on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough

on behalf of Creditor BANK OF AMERICA  N.A. dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

Jessica M. Minneci

on behalf of Debtor Joshua E. Kelly jminneci@middlebrooksshapiro.com  minneci.jessicab@notify.bestcase.com

Joseph M. Shapiro

on behalf of Debtor Joshua E. Kelly jshapiro@middlebrooksshapiro.com

Melinda D. Middlebrooks

on behalf of Debtor Joshua E. Kelly middlebrooks@middlebrooksshapiro.com
melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com

Sherri R. Dicks

on behalf of Creditor Home Point Financial Corporation sdicks@raslg.com  shrdlaw@hotmail.com

Sherri R. Dicks

on behalf of Creditor Nationstar Mortgage LLC sdicks@raslg.com  shrdlaw@hotmail.com

Steven Eisenberg

on behalf of Creditor NATIONSTAR MORTGAGE LLC bkecf@sterneisenberg.com
jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor NATIONSTAR MORTGAGE LLC skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 15