LAW OFFICE OF ANDRE L. KYDALA
54 Old Highway 22
P.O. BOX 5537
CLINTON, NJ  08809
(908) 735-2616
ATTORNEY TO C R E D I T O R

IN THE MATTER OF:

Joshua Kelly

UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT
 OF NEW JERSEY

CHAPTER  13

Case No. 23-15701

Judge:

HEARING DATE:

WITHDRAWAL OF MOTION AT DOCKET
ENTRY 128

PLEASE WITHDRAW THE MOTION AT DOCKET ENTRY 128.


 */s / Andre L. Kydala Esq*


Dated:6/22/2026