**Information to identify the case:**

Debtor 1   Joshua E. Kelly

First Name   Middle Name   Last Name

Social Security number or ITIN   xxx–xx–2171
EIN   _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

Social Security number or ITIN   _ _ _ _
EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   District of New Jersey

Case number:   23–15701–CMG

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joshua E. Kelly

6/29/26

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W | **Chapter 13 Discharge** | page 2

United States Bankruptcy Court

District of New Jersey

In re:

Joshua E. Kelly

Debtor

Case No. 23-15701-CMG

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3

Date Rcvd: Jun 29, 2026

User: admin

Form ID: 3180W

Page 1 of 4

Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Joshua E. Kelly, 144 Belmont Avenue, North Plainfield, NJ 07060-4458 |
| lm | + | Home Point Financial Corp., P.O. Box 100078, Duluth, GA 30096-9377 |
| cr | + | NATIONSTAR MORTGAGE LLC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| sp | + | Savvy Darragh, Esq., Darragh & Docker, LLC, 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |
| sp | | Sierra K Chandler, The Law Office of Rajeh A. Saadeh, L.L.C, 1200 Route 22 East, Suite 2000, Bridgewater, NJ 08807-2943 |
| 519961904 | + | Hompoint/ser, Po Box 100078, Duluth, GA 30096-9377 |
| 520021325 | + | nathaly calles, Law Office of Andre Kydala, 54 Old Highway 22, Clinton, NJ 08809-1389 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jun 29 2026 21:19:23 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Email/Text: RASEBN@raslg.com | Jun 29 2026 21:24:00 | Robertson, Anschutz, Schneid, Crane & Partners, PL, 130 Clinton Road, Suite 202, Fairfield,, NJ 07004-2927 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 29 2026 21:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 29 2026 21:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | EDI: BANKAMER | Jun 30 2026 01:06:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 29 2026 21:24:00 | Home Point Financial Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519961897 | + | Email/Text: bsimmons@amsher.com | Jun 29 2026 21:26:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 519994913 | | Email/PDF: bncnotices@becket-lee.com | Jun 29 2026 21:30:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519961896 | + | Email/PDF: bncnotices@becket-lee.com | Jun 29 2026 21:30:06 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519997482 | | EDI: BANKAMER | Jun 30 2026 01:06:00 | BANK OF AMERICA, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519961898 | + | EDI: BANKAMER | Jun 30 2026 01:06:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |

District/off: 0312-3 | User: admin | Page 2 of 4
Date Rcvd: Jun 29, 2026 | Form ID: 3180W | Total Noticed: 53

| | | | |
|---|---|---|---|
| 519961899 | + EDI: CAPITALONE.COM | Jun 30 2026 01:06:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519970388 | + EDI: AIS.COM | Jun 30 2026 01:06:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519961900 | + EDI: CITICORP | Jun 30 2026 01:06:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 519961901 | + EDI: CITICORP | Jun 30 2026 01:06:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519961902 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2026 21:30:19 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519961903 | + Email/Text: bankruptcy@firstelectronic.com | Jun 29 2026 21:26:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 520001449 | ^ MEBN | Jun 29 2026 21:20:07 | HOME POINT FINANCIAL CORPORATION, ServiceMac, LLC, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 519966527 | + Email/Text: RASEBN@raslg.com | Jun 29 2026 21:24:00 | Home Point Financial Corporation, Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519961905 | EDI: IRS.COM | Jun 30 2026 01:06:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520020847 | EDI: JEFFERSONCAP.COM | Jun 30 2026 01:06:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519961906 | EDI: JEFFERSONCAP.COM | Jun 30 2026 01:06:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 519967125 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2026 21:30:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519993340 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 29 2026 21:30:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520014030 | Email/Text: BNCnotices@dcmservices.com | Jun 29 2026 21:25:00 | MIDDLESEX EMERGENCY PHYSICIANS PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519961907 | + EDI: MERCEDES | Jun 30 2026 01:06:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 519972500 | Email/Text: notices@bkservicing.com | Jun 29 2026 21:25:00 | Mercedes Benz Vechicle Trust, c/o BK Servicing LLC, POB 131265, Roseville, MN 55113-0011 |
| 519961908 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 29 2026 21:30:14 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 520011753 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2026 21:25:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519961909 | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2026 21:25:00 | Midland Credit Management, Inc., PO Box 301030, Los Angeles, CA 90030-1030 |
| 520086140 | Email/Text: nsm_bk_notices@mrcooper.com | Jun 29 2026 21:24:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741 |
| 520086141 | Email/Text: nsm_bk_notices@mrcooper.com | Jun 29 2026 21:24:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept. |
| 520023721 | + Email/Text: RASEBN@raslg.com | Jun 29 2026 21:24:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519961910 | Email/Text: bankruptcydepartment@tsico.com | Jun 29 2026 21:26:00 | Nationwide Credit, Inc., PO Box 15130, |

District/off: 0312-3                              User: admin                                           Page 3 of 4
Date Rcvd: Jun 29, 2026                           Form ID: 3180W                                        Total Noticed: 53

|  |  |  | Wilmington, DE 19850-5130 |
|---|---|---|---|
| 520017686 | EDI: PRA.COM | | |
| | | Jun 30 2026 01:06:00 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 520017759 | EDI: PRA.COM | | |
| | | Jun 30 2026 01:06:00 | Portfolio Recovery Associates, LLC, c/o CITIBANK, N.A., POB 41067, Norfolk, VA 23541 |
| 520017818 | EDI: PRA.COM | | |
| | | Jun 30 2026 01:06:00 | Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 520021253 | EDI: Q3G.COM | | |
| | | Jun 30 2026 01:06:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520972112 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jun 29 2026 21:24:00 | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, c/o Rocket Mortgage, LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 519961911 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Jun 29 2026 21:24:00 | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519961912 | + EDI: SYNC | | |
| | | Jun 30 2026 01:06:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519973251 | + EDI: AIS.COM | | |
| | | Jun 30 2026 01:06:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519961913 | + Email/Text: BAN5620@UCBINC.COM | | |
| | | Jun 29 2026 21:24:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 519961914 | + Email/Text: UpStart@ebn.phinsolutions.com | | |
| | | Jun 29 2026 21:25:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519967882 | + Email/Text: UpStart@ebn.phinsolutions.com | | |
| | | Jun 29 2026 21:25:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519961915 | Email/Text: bankruptcy.accounts@wakeassoc.com | | |
| | | Jun 29 2026 21:24:00 | Wakefield, PO Box 50250, Knoxville, TN 37950-0250 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519962961 | | Nathaly E Calles |
| cr | *+ | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026                          Signature:          /s/Gustava Winters

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Jun 29, 2026 | Form ID: 3180W | Total Noticed: 53

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andre L. Kydala | on behalf of Creditor Nathaly Calles kydalalaw@aim.com  kydalalaw@aim.com |
| Angela Nascondiglio Stein | on behalf of Debtor Joshua E. Kelly astein@meyner.com |
| Brian E Caine | on behalf of Creditor BANK OF AMERICA  N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Douglas J. McDonough | on behalf of Creditor BANK OF AMERICA  N.A. dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Douglas J. McDonough | on behalf of Loss Mitigation Bank of America dmcdonough@flwlaw.com  NJbkyecf@flwlaw.com |
| Jessica M. Minneci | on behalf of Debtor Joshua E. Kelly jminneci@middlebrooksshapiro.com  minneci.jessicab@notify.bestcase.com |
| Joseph M. Shapiro | on behalf of Debtor Joshua E. Kelly jshapiro@middlebrooksshapiro.com |
| Matthew K. Fissel | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Melinda D. Middlebrooks | on behalf of Debtor Joshua E. Kelly middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com |
| Sherri R. Dicks | on behalf of Creditor Home Point Financial Corporation clientdocs@verizon.net  shrdlaw@hotmail.com |
| Sherri R. Dicks | on behalf of Creditor Nationstar Mortgage LLC clientdocs@verizon.net  shrdlaw@hotmail.com |
| Steven Eisenberg | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkecf@sterneisenberg.com jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor NATIONSTAR MORTGAGE LLC skelly@sterneisenberg.com  bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16